# EXHIBIT A

2022-2025

AGREEMENT Between
LABOR RELATIONS DIVISION CENTRAL NEW
YORK REGION ASSOCIATED
GENERAL CONTRACTORS OF NEW YORK
STATE, LLC

and

LOCALS 633, 785 and 1822
LABORERS' INTERNATIONAL UNION OF
NORTH AMERICA

ASSOCIATED GENERAL CONTRACTORS OF
NEW YORK STATE, LLC
10 Airline Drive, Suite 203
Albany, New York 12205-1025
Tel: (518) 456-1134
Fax: (518) 456-1198
Email: agcadmin@agcnys.org
Website: agcnys.org

INDEX

| ARTICLE | PAGE |
|---|---|

| | |
|---|---|
| Preamble........................................................................................ | 3 |
| I. Liability…………….......................................................................... | 3 |
| II. Definition................................................................................... | 3 |
| III. Geographic Jurisdiction…………………............................................ | 4 |
| IV. Union Jurisdiction.................................... ................................ | 5 |
| V. Pre-Job Conference.................................................................... | 6 |
| VI. Union Rights. ........................................................................... | 6 |
| VII. Management Rights……........................................................... | 7 |
| VIII. Work Conditions..................................................................... | 8 |
| IX. Hours of Work.......................................................................... | 8 |
| X. Holidays.................................................................................... | 10 |
| XI. Show-Up Time.......................................................................... | 10 |
| XII. Payday and Mode of Payment.................................................. | 11 |
| XIII. Laborer Foreman.................................................................... | 11 |
| XIV. Subcontracting....................................................................... | 12 |
| XV. Safety .................................................................................... | 13 |
| XVI. Joint Policy on Substance Abuse............................................. | 13 |
| XVII. Pension, Welfare, S.U.B., Annuity and Training Funds .............. | 14 |
| XVIII. Labor-Management Cooperation ............................................ | 16 |
| XIX. Jurisdictional Disputes ........................................................... | 16 |
| XX. Watchmen and Guards ............................................................ | 17 |
| XXI. Status Quo on Certain Equipment............................................ | 17 |
| XXII. Arbitration............................................................................ | 17 |
| XXIII. Deductions........................................................................... | 19 |
| XXIV. Equal Employment Opportunity.............................................. | 20 |
| XXV. Most Favored Employer.......................................................... | 20 |
| XXVI. Apprenticeship .................................... ................................ | 20 |
| XXVII Savings Clause ..................................................................... | 21 |
| XXVIII. Wages ............................................................................... | 21 |
| XXIX. Duration and Termination ..................................................... | 24 |
| Individual Employer....................................................................... | 25 |

2

## AGREEMENT

**THIS AGREEMENT**, made this **1st day of April 2022** by and between the **LABOR RELATIONS DIVISION, CENTRAL NEW YORK REGION**, of the **ASSOCIATED GENERAL CONTRACTORS OF NEW YORK STATE, LLC.** (hereinafter referred to as the "Association"), acting for and on behalf of its present and future members, and **LOCALS** 633, 785 and 1822 **of the LABORERS' INTERNATIONAL UNION OF NORTH AMERICA** (hereinafter referred to as the "Union").

Pursuant to the Uniform District Council Constitution of the Laborers' International Union of North America, Laborer Locals 633, 785 and 1822 are affiliated Locals of the Upstate New York Laborers' District Council ("District Council") and, as such, collective bargaining and ratification is conducted by the District Council on behalf of Laborer Locals 633, 785 and 1822. Entering into this agreement will not bind the parties to the terms of any other agreement entered into by the District Council on behalf of its other affiliated Locals.

Notwithstanding the above or other language in this agreement, each of the three local Unions are bargaining independently and each Local Union solely determines the terms and conditions of this agreement and the approval process for its members. The collective bargaining resulting in this agreement was done jointly and does not interfere with each Local Union acting independently.

**WITNESSETH:**

**WHEREAS**, the parties hereto desire to stabilize employment in the Heavy and Highway Construction Industry, agree upon wage rates, hours, and conditions of employment.

**NOW, THEREFORE**, the undersigned Association and Union, in Consideration of the mutual premises and covenants herein contained, agree as follows:

## ARTICLE I - LIABILITY

1. The Association and the Unions named herein are negotiating agents for their present and future members. For any breach of this Agreement the liability of the members of the Association and the Local Unions shall be several and not joint and the liability of the Association shall only be that of negotiating agent without liability for the acts of its respective members.

3. Upon request by the Employer, the Union shall notify the AGC/LRD of all contractors and subcontractors who shall become signatory to this agreement during the life of the agreement. Upon request by the Employer, the AGC will furnish to the Union a list of all Union members.

4. "Upon request by the AGC/LRD and with approval of the Local Union Board of Trustees, the Union will furnish an annual report to the AGC/LRD a list of all Employers making payments to the Funds for work performed under this agreement."

9. The Association shall notify the Union in writing within seven (7) days after the time that a new member joins the Association and becomes a member of the L.R.D./A.G.C. - Central New York Region.

## ARTICLE II - DEFINITION

1. This Agreement is to cover all Highway and Heavy Construction which, for the purposes of this Agreement, is defined as including, but not limited to, the construction of: highways, roads, streets, alleys, grade crossings, driveways, sidewalks, curbs, guard rails, fences, culverts, parkways, parking areas, runways,

taxiways, ramps and aprons and related work for excavation for conduit, bases and foundations for lighting, signs and sign structures, and water lines and deicing systems; athletic fields; highway and railroad and similar structures; railroad and street railway projects; railroad track work; sewers; sewage treatment projects; pumping stations; sedimentation beds; water mains, grade separations, foundations incident to the work herein described; abutments, retaining walls, viaducts, track elevations, elevated highways, drainage and reclamation projects; reservoirs and water supply projects; pure water projects; power plant construction outside the building line and inside the building line to the first floor level; water pollution control treatment plants; water power developments, hydroelectric developments, transmission lines, duct lines, pipelines, docks, dams, dikes, levees, revetments, irrigation and flood control projects, channels, channel cutoffs, dredging projects, jetties, break waters, locks, piers, pile driving, work on barges traditionally performed by Laborers, industrial sites, school sites, tank farms, bulk plants, storage tanks and reservoir replacement tanks, windmill facilities, bobsled, luge runs, ski jumps, ski slopes, outside skating rinks, outside synthetic tracks, outside synthetic playing fields, and all earth moving, including the installation, operation, maintenance and disassembly of construction equipment and plants used in connection with and servicing the aforementioned work. Tank farms, bulk plants and pumping stations are included.

2. Certain types of work hereinabove described are more specifically covered as follows:
(a) On pipeline construction both liquid and vapor from the first metering station or connection of the main transmission carrier to the distribution carrier, and transmission and distribution systems, underground and above ground communication systems, foundations and excavation on power transmission lines, oil static lines. Tank farms, bulk plants, and pumping stations are ~~excluded~~  included.
(b) Construction of sewer (sanitary and storm) and water lines and mains;
(c) Sewer and water plant construction defined as any structure for which the purpose is water purification or sewage treatment;
(d) Borings, culverts and tunnels (for highway and railroad crossings) incidental or in conjunction with the work mentioned above at (a), (b) and (c); (e) The work mentioned in (b), (c), and (d) of this section on industrial, commercial, and school sites. (f) Work covered in Section 2 shall be performed pursuant to this Agreement in so far as it does not conflict with the national pipeline agreement. (g) Worker and foremen conditions for this work are specifically described in Article XIII, Section 5.

## ARTICLE III - GEOGRAPHIC JURISDICTION

1. This Agreement is to cover all Heavy and Highway Construction work in the geographical jurisdiction of Locals 633, 785, and 1822 as provided for in Section 2.

2. The geographic jurisdiction as stated will not be changed for the purposes of this Agreement during the duration of such Agreement.

3. It is agreed that the Business Agents names and phone number will be updated and the information is to be supplied by the Union.

Local No. 785 - Counties of Broome, Chemung, Cortland, Schuyler, Steuben, Tioga and Tompkins. All of Chenango County except the township of Columbus, New Berlin and Sherburne. In Delaware County the Townships of Colchester, Deposit, Hancock, Masonville, Sydney, Tompkins and Walton

Business Manager
David Marsh 622 West State Street
Ithaca, NY 14850 (607) 272-3122

FAX: (607) 277-6883

4

E-mail  busmgr@liuna785.com
www.laborers785.org

LOCAL NO. 1822 - Counties of CLINTON, ESSEX, FRANKLIN, JEFFERSON, LEWIS, ST.
LAWRENCE, and WARREN.
Business Manager
Richard Daddario 49 1/2 Maple Street
P.O. Box 361
Massena, NY 13662 (315) 769-8731
FAX: (315) 769-8522

LOCAL NO. 633 - County of ONONDAGA, OSWEGO,
and CAYUGA
Business Manager
Gabriel Rosetti 7051 Fly Road, Suite A E. Syracuse,
NY 13057
(315) 471-1591/4812
FAX: (315) 474-4025

## ARTICLE IV - UNION JURISDICTION

1. This Agreement is to cover all watchmen, flagmen (all crafts), fire watchmen, traffic control men, laborers, foremen (grade, pipe, concrete, forms, seeding, asphalt, clearing and grubbing, clean-up, stonelaying) in the performance of: the laying of all types of pipe and conduit, including the relining and inspection, whether mechanical or physical of existing pipe and the fusion of plastic pipe; the installation of open trench shoring and shield; the loading and unloading and distribution of all materials by any means; the handling, loading, unloading, distribution, installation, dismantling, removal, stockpiling, resetting of all guard rails and guide rails, highway signs and road markers; drilling, installation and grouting of anchor systems; handling and installation of noise barriers and traffic barriers, whether permanent or temporary; the spreading and pouring and raking and tamping of all asphalt and concrete materials and the bull floating (strike off) of all concrete; curing of concrete; the laying of all types of stone or manufactured curb, rip-rap, paving blocks, unit pavers, concrete blocks (paving), Belgium Block; assembling and placing of Gabion and all similar types of baskets; the handling, loading and stringing of all wood products by hand or power; unloading and installation of lagging (wood, concrete, and steel), the sharpening of all air tool bits and drills and bull points; any and all types of heaters to be attended and handled and fueled by Laborers at all times when in use except where existing agreements provide otherwise; the handling, the laying and placing of forms used for curbing, gutters, roads and sidewalks and the stripping of same; the placing, setting and maintenance of all flares, blinker lights and reflectors; cutting and chipping of all concrete, asphalt, masonry, steel beams and rods on roads, bridges, abutments, footer, foundations, piers, columns, walls, road joints on all demolition or rehabilitation projects; the handling, the loading and unloading and distributing of chain-link fence; handling and erecting of wire fence; the sandblasting and applying of sealers and hardeners and epoxy on concrete and asphalt work; bridge washing and sealant application; applying of sealers and hardeners and epoxy, clear or pigmented on concrete and asphalt work; bridge washing and sealant application; and incidental coatings, the nozzle operators on sandblasting and guniting operations; the signaling of all materials (manufactured or otherwise) which is handled or put in place by laborers; operation of any pumps necessary in the performance of laborers work, pumps to be attended, handled and fueled by laborers; the operating of all types of machines used to seal any type of joints; the operating and servicing of mortar mixers and conveyors used in laborers' work regardless of number; the operating and servicing of rock drilling machines; the blasting and dynamiting of all rock; the placing of all precast and prestressed materials except when placed or installed by the manufacturer pursuant to its collective bargaining agreement; handling, unloading, loading, assembling

5

and laying of all multiplate; the operation of all air, gas, electric, oil and other type of motor driven tools including all pusher type equipment; the handling, tending and maintaining of Homelite and like generators; wrecking and demolition; containment membrane liner; reinforced earth walls. Gang drill, walk behind power unit (Dingo or similar), auguring for any excavation and installation for caisons for sign foundations, automatic screed grade and slope control on asphalt paver and milling machine, operation of any pumps necessary in the performance of laborers work. Maintenance of heat at all times when in use in the performance of work assigned to Laborers. Work historically performed by Laborers and the tools used in the performance of this work shall not change due to technological advances including tools operated remotely. Installation of ground mounted solar panels. Deck hands performing work traditionally done by Laborers. Unloading, rigging, setting, leveling, parging and bricking of manholes. The foregoing applies in the performance of all the aforementioned work and all other work coming under the jurisdiction of the L.I.U. of N.A.

## ARTICLE V - PRE-JOB CONFERENCE

1. The Employer agrees to meet with the Union for a pre-job conference prior to the commencement of any work on the subject project and the same shall apply to any and all subcontractors.

2. In the event that an Employer violates this Article, the Union may serve a five (5) day notice of intention to strike on such Employer. If the Employer does not comply within five (5) days, the Union may strike such Employer without such action being a violation of the no-strike clause of this contract.

3. Where a subcontractor has not had a prejob conference, the five (5) day notice shall also be served on the prime contractor.

## ARTICLE VI - UNION RIGHTS

1. All employees covered by this agreement, as a condition of continued employment, shall, commencing on the eighth (8th) day following the beginning of their employment, or the effective date of this agreement, whichever is the later, acquire and, for the duration of their employment, maintain membership in the union to the extent enforceable under law.

2. Failure of any employee covered by this Agreement to meet the requirements described in paragraph 1 above, will, upon the Union's written request, result in his discharge by the Employer.

3. The Employer agrees that in providing opportunity for employment it will give priority to persons who have had 4000 hours of work covered by this agreement within six (6) years of the date of this agreement, and in the various geographic areas described in Article III, Section 2 of this Agreement. It is understood that this clause is not applicable to Union employees who have previously been in the employment of an LRD contractor.

4. The Employer and the Union agree that the foregoing priority shall be exercised without regard to union membership or non-membership and the Employer agrees to give the Union an opportunity to provide such additional employees as he needs.

5. It is agreed that on each job the Union Business Manager shall appoint a working Shop Steward who will be named at the prejob conference. The Laborers' Steward will be employed at all times that any laborers work is performed or any Laborers are employed on the project except that on overtime and/or specialty work, the Steward can only assert seniority, provided he is qualified to do the work. He will be paid for all time lost due to not having been notified by the Employer or the Employer's agent to report for work. He will be allowed

6

sufficient time to perform his duties and will not be discharged, laidoff, or transferred by reason of the performance of his duties as Steward without prior approval of the Business Manager.

6. The Laborers' Steward shall be notified prior to any hiring or layoff.

7. (a) At the Business Manager's request, the Laborers' Steward will be assigned to a service truck when and if a service truck is operating on the project. When the service truck is not operating on the project or in use on the project, the Steward will be assigned to other work. It is the intent of this section that the Steward be engaged as a productive working employee at all times consistent with Section 5 of this Article.

(b) When the service truck is sent off the project, the Laborers' - Steward will not accompany such truck, unless ordered to do so by the Employer.

(c) When there is more than one (l) service truck operating on a project, whether a laborer or laborers shall be assigned to such truck or trucks, shall be at the option and discretion of the Employer consistent with the jurisdiction of the Union.

8. Authorized representatives of the Union shall be allowed to visit jobs during working hours to interview the Employer and the Employees, but in no way shall such person or persons interfere with or hinder the progress of the work.

Union Representatives who enter the job site will notify the field office or project superintendent before entering the project. Telephone calls are acceptable notification.

9. (a) Employees injured at work shall be paid for the time spent going to the doctor's office for treatment at the time of injury. If the doctor certifies in writing that the Employee is unable to return to work that day, the injured Employee shall be paid for the balance of that working day.

(b) The injured employee shall be allowed two (2) hours time from work for additional visits to the doctor for injuries sustained while in the Employer's service without loss of pay. It shall be understood, however, that such visits during working hours shall be made only when no other arrangements can be made and an affidavit is received from the doctor stating the necessity for each visit.

(c) The injured workman shall, if at all possible, be given preference to any light work, if the same is available, that may be performed on the job, provided, however, that he is still in the employ of the Employer where the injury occurred and the doctor certifies in writing that the employee can do the work to which he is to be assigned.

## ARTICLE VII - MANAGEMENT RIGHTS

1. The direction of employees, including the making and enforcing of rules to assure orderly and efficient operations, the determination of employee competency, and the scheduling of work are rights vested exclusively in the Employer.

2. The operation of the business, including the introduction of new or improved methods and facilities; the determination of the amount of supervision necessary and the size composition of the work force and crews are rights vested exclusively in the Employer.

3. The Employer retains the right at any time to request a specific job applicant whether or not he/she has previously worked for the Employer and regardless of his/her position on any hiring list or out of work list. If

the Employer elects to use the facilities of the Union to recruit job applicants he shall advise the Union on the prior day, the number of employees needed, the specific job applicants requested, and/or the qualifications and skills of job applicants whether or not specifically requested.

4. The rights set forth herein are not exclusive, but merely indicate the type of matters or rights which belong to and are inherent to management.

5. The Employer agrees to recognize each individual local union's Hiring Hall Procedures.

6. The Individual Employer may notify the Local Union hiring hall of all employees who have quit or been terminated. Such notification may be on a written form which will include the following information. Name of Employer Company, Name of Employee, Date of Termination, Date of recall, Reason for Termination.

The clause is intended to assist the Union in implementing its Code of Performance, and a worker's only rights thereunder are in connection with future referrals under the Union's hiring hall procedures. This clause does not create any new or additional rights whatsoever for workers under this agreement, including not creating any new or additional right to reinstatement with or back pay from the Employer.

## ARTICLE VIII -WORK CONDITIONS

1. The Employer shall furnish all necessary tools that the Employees are to use.

2. At the time of hire or such later date as may be appropriate, employees covered by this Agreement shall be furnished slipover rubber boots, rainsuits, and hats which shall remain the property of the Employer and be returned at the termination of use or employment.

3. The Employer shall supply special gloves for the performance of work necessitating their use.

4. The Employer shall provide warm suitable shelter of sufficient size where all laborers may eat their lunch and hang their clothing. The Employer shall also assume responsibility in case of loss of fire. No tools, building equipment, or combustible material shall be stored therein. Employees shall be required to execute a verified proof of loss in case of fire.

5. The Employer shall provide and the Laborers shall maintain clean and sanitary toilet and drinking facilities.

6. (a) The Union and the Employer expressly agree that a stable work force is required at all times in this seasonal industry and that the absence of individual employees has a serious impact on the Employer's project productivity and efficiency.

(b) Absences from scheduled work are to be discouraged and accordingly such absences are just cause for discharge of an employee or employees and it shall be the decision of the Union whether to take recourse to the grievance procedure.

## ARTICLE IX - HOURS OF WORK

1. The work week shall consist of Monday through Friday.

2. Normal workday shall consist of eight (8) hours with one-half (1/2) hour for lunch. The starting time shall be set by the Contractor except that starting time shall not be changed from day to day.

3. Two shifts may be worked in twenty-four (24) hours and shall be of equal duration and at the same rate. However, in a two-shift operation, where the combined number of hours worked by the two shifts is sixteen (16) or less, each shift shall be paid eight (8) hours pay at straight time. Notwithstanding the foregoing provisions, when a shift is shut down by reason of completion of the shift work to be performed or conditions beyond the Employer's control, the affected shift shall be paid on the basis of the show-up time provisions contained herein in Article XI. This clause is equally applicable to the three (3) shift provisions hereinafter contained in Section 4 below. Thus, it is understood that there is no guarantee that on a given day, one shift might not vary due to weather, equipment breakdown, or changes in operation schedules.

4. Three shifts may be worked in twenty-four (24) hours and shall be at the rate and duration as set forth below.

1st Shift 8 hours' work 8 hours' pay
2nd Shift 7 -1/2 hours' work 8 hours' pay
3rd Shift 7 hours' work 8 hours' pay

Every shift shall have one-half (1/2) hour for lunch. When three (3) shifts, are worked, the second and third shift shall be considered for payroll purposes as having worked in their entirety on the same day on which the first shift started. On multiple shift work, the work week shall start not earlier than 5:00 a.m. The Contractor shall set the starting time.

5. Prior to the start of shift work, the Employer shall give forty-eight (48) hours notice to the Business Manager. When the shift work to be performed shall be less than ten (10) working days in duration, prior agreement of the Business Manager shall be required. In the event of an emergency or directive of the letting agency, prior agreement for shift work of less than ten (10) working days' duration is not required, but notice will be given to the Business Manager prior to the starting of such shift work.

6. One and one-half (1-1/2) times the rates set forth in this Agreement shall be paid for work performed outside the scheduled workday and all work performed on Saturday. All work on Sunday will be paid at double time.

7. The Union and the Employer may, by mutual agreement, in writing, specify that "the regular work week on a project is four (4) consecutive days of work of ten (10) hours in duration at straight time, unless precluded by law. In the event of such agreement, overtime shall be paid after ten (10) hours of work is performed on any given day. Any such mutual agreement shall be on a case-by-case basis based on the particular facts and circumstances. Such mutual agreement between the Union and the Employer under this paragraph shall not be subject to the provision of the Most Favored Nations Clause."

8. All eligible employees shall be allowed time off to vote on Election Day in accordance with applicable NYS law.

All eligible employees shall be allowed to serve Jury Duty in compliance with applicable NYS law.

NYS Paid Sick Leave

1.    The Employer shall pay for and administer a "Sick Leave" Policy that will comply with the requirements of the New York State Labor Law §196-b.

9

2.        Sick leave will not be subject to contributions to the trust funds.

3.        Should the New York State Department of Labor give clarification or guidance as to what the words "comparable" mean in §196-b (c)(9) after this Contract has been executed, either party may request the parties reopen the Contract to discuss the clarification or guidance.  Said reopening shall only be done upon agreement of both parties and only apply to the sick leave clause.

9. FLEXTIME. With the respect to any project that is 100% Federally funded, awarded by a Federal Agency, the payment of overtime after eight (8) hours will not apply. Overtime will only be required to be paid after (40) hours.

10. A single irregular work shift can start any time between 5:00 pm and 1:00 am. All employees who work a single irregular shift on governmental mandated night work shall be paid an additional **$3.00** per hour. This provision shall be effective for work bid on or after July 1, 2019. It is understood and agreed that if the single irregular shift language is not included in the NYSDOL prevailing wage rate schedules, the premium is waived.

## ARTICLE X - HOLIDAYS

1. Paid holidays to be observed are Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day, and New Year's Day, irrespective of the day of the week on which the holiday may fall. If the holiday falls on Saturday, it will be celebrated on Saturday. Employees who work a Saturday holiday shall be paid double time plus the holiday pay. When a holiday falls on a Saturday, the Employer has the option to either work Friday and pay Saturday as the holiday or, not work Friday and pay for the day in lieu of the Holiday. If the holiday falls on Sunday, it will be celebrated on Monday. In the event that men work on this Sunday holiday, they shall be paid double time. In the event that men work on Monday, they shall be compensated at double time plus the holiday pay. Accordingly, the Monday following the Sunday is treated as the holiday.

2. Any employee laid off within the week in which a holiday falls shall receive holiday pay, provided the holiday occurs after the date of hire. However, if a new employee is employed by an Employer for one (1) day only during this period, he shall not be entitled to holiday pay.

3. A man must work the scheduled working day before and the scheduled working day after a holiday to receive holiday pay. However, an employee not able to report because of proven sickness, death in immediate family, or accident shall be entitled to holiday pay.

4. If a man is ordered out and reports for work on a holiday, set forth in Section 1 above, and does not start, then he shall be paid a minimum of two (2) hours straight time in addition to the straight time given for said paid holiday. If he starts work on a paid holiday, he shall be paid a minimum of four (4) hours pay at double time plus the holiday pay.

## ARTICLE XI - SHOW-UP TIME

1. Any laborer who reports for work at the regularly appointed starting time, unless he has been notified on the previous day that his services will not be required, shall be entitled to show-up time of two (2) hours at straight time. The Employees shall remain on the job for the one (1) hour period unless otherwise directed by the Employer. Employees directed to standby beyond the one (1) hour period shall be paid show-up time plus

10

such additional stand-by time.

2. Employees reporting for work at starting time shall, if put to work, receive a minimum pay of one (1) hour or actual hours worked, whichever is greater.

## ARTICLE XII- PAYDAY AND MODE OF PAYMENT

1. Employees performing work under this Agreement shall be paid once a week on the job. No more than six (6) days' pay shall be withheld. If the payday falls on a holiday, payment shall be made on the workday preceding such holiday. On failure to pay on the regularly scheduled payday, the Employer will pay a penalty of two (2) straight time hours for payday and for each succeeding day on which he fails to pay where such failure to pay is willful or due to conditions within the Employer's control.

2. All-wages shall be payable in lawful currency, enclosed in an envelope which shows the employee's name and Employer's name, regular hours worked plus overtime hours worked, all lawful deductions, and the amount due or by a negotiable payroll check showing all of the above information drawn upon a commercial bank within the region, payable upon demand at par.

3. If any employee is discharged or laid off, all accrued wages shall be due and paid immediately, except that an employee may be paid by check mailed within twenty-four (24) hours. If not mailed within 24 hours, such employee shall be paid an additional $25.00 for each additional 24 hour period the check was not mailed.

4. Payroll checks returned for insufficient funds will incur a one hundred dollar fee payable to the employee. Employer shall reimburse bank fees up to twenty-five dollars.

## ARTICLE XIII - LABORER FOREMAN

1. When more than three (3) employees covered by this Agreement are employed, a Laborer Foreman will be designated by the Employer. Designated Foremen shall assume the keeping of time for Employees covered by this Agreement.

2. Laborer Foreman (grade, pipe, etc.) shall be designated by and at the discretion of the Employer and shall be assigned to such duties and responsibilities as the Employer, the Dirt Superintendent, or other supervisory personnel may determine in its or his sole discretion. The Employer or his representative shall be the sole judge of whether such employees are qualified to perform the assigned work.

3. The wage rates for foremen covered by this Agreement are as follows:

(a) All Foremen - three dollars $3.00 over basic rate.

(b) Any foremen covered by this Agreement may be employed on a weekly basis at a salary agreeable to the Employer and the foremen.

4. The Union agrees that no restrictions shall be placed upon the selection of Foremen by the Contractor or the use of Foremen freely among Locals throughout the territorial jurisdiction of this Agreement (100% mobility), and fifty percent (50%) mobility with respect to workmen, provided they are a member of a Union party to this Agreement.

5. (a) Foremen shall be named as may be required by the Employer and at the Employer's discretion. In the event that more than one foreman is employed on a project, the Union shall be afforded an opportunity to supply 50% of such men.

(b) On gas distribution, electric and telephone work there shall be fifty percent (50%) mobility between the local unions with respect to foremen and workmen. The first foreman may come from the Employer.

### ARTICLE XIV - SUBCONTRACTING

1. It is agreed that if the Employer subcontracts job site work falling within the terms of this contract, provision will be made in each subcontract for the compliance by said subcontractor with terms, wages, and fringe benefit contributions not less than those contained in this Agreement.

2. A subcontractor is defined as any person, firm, partnership, self-employed person or corporation who agrees, under contract, oral or written, with the general contractor or his subcontractor to perform on the job site any part or portion of the work covered by this Agreement.

3. With respect to subcontractors who are not members of the Labor Relations Division Central New York Region, A.G.C., or who have not signed the contract as an individual Employer, and employ LIUNA members through other bargaining Agreements or Arrangements the following rules shall apply:

(a) Such subcontractors shall be required to remit fringe benefit payments on a weekly basis. (b) On the

first failure of such subcontractor to remit fringe benefits or first instance on which the subcontractor is delinquent, the Union shall notify the Prime Contractor of said failure to remit or delinquency.

(c) After having been notified of a failure to remit or of a delinquency, the Prime Contractor shall be responsible for each such fringe benefit payment pursuant to Section 3 (d) below.

(d) After notification by the Union, the Employer is responsible for checking with the Funds to determine whether the regular payments are being made. However, once any non-payment has been rectified and the subcontractor resumes payments as required under 3 (a), the Prime Contractor is relieved of any responsibility to check with the Funds until notification is again- received in writing by the Union of further alleged delinquency.

(e) The Prime Contractor's responsibility is limited to fringe benefits applicable to its project on which the defaulting subcontractor is employed.

(f) The Prime Contractor does not assume the above responsibility with respect to subcontractors who are members of the L.R.D. Central New York Region, AGC, or who are individual signatories to the labor contract.

4. Off-site gravel or material pits, the material from which is exclusively used for a particular project covered by this Agreement, shall be operated under the terms of this Agreement when the pit is owned, leased, operated by or under the control of the Prime Contractor or another corporation or company of which the majority ownership is held by the Prime Contractor or its majority owner or owners.

5. It is recognized that there are specific subcontract requirements for D/M/WBE participation in most public works contracts and that certain exceptions to the subcontracting clause may be required for the employer to

comply with these requirements. Every effort will be made by the Employer to arrange a pre-job meeting with these subcontractors and the Union. It is understood that in no way shall the enforcement of this clause allow other trades to perform the work of this Union.

6. An Employer may subcontract to non-signatory specialty subcontractors and use his best efforts to arrange a prejob conference.

7. In the event that a Prime Contractor Employer subcontracts to a non-signatory subcontractor, the Prime Contractor will not be responsible for payment of fringe benefits to Union Funds nor will the Prime Contractor be responsible for any future Pension Fund Liability due to work performed by non-signatory Subcontractors. The Prime Contractor will be responsible to assure that any applicable Posted Wage and Benefit Rates to be paid by the Subcontractor through certified payroll be paid by Subcontractors.

## ARTICLE XV - SAFETY

1. No employee shall be required or assigned to engage in any activity involving dangerous conditions of work or danger to person or property in violation of an applicable statute, court order, or governmental regulation relating to safety of person or equipment.

2. In the event that the Employer violates Section 1 above, a withdrawal by the Union of the services of the man or men engaged in the particular operation shall not be in a violation of this contract by the Union.

3. The Employer and the Union do hereby agree to work together to promote safety on the job for the benefit of all employees. Safety rules and regulations will be made known to all employees and the use of safety equipment will be continually promoted by both parties.

4. (a) The Union and the Employer agree that willful neglect and failure by an employee to obey company safety rules and regulations; or to obey safety rules, standards and regulations - as prescribed pursuant to the Occupational Safety and Health Act or other governmental regulation or legislation; or to use properly such safety devices or equipment as are provided by the Company shall be just cause for discharge.

(b) The Union agrees to cooperate with the company in encouraging employees to observe the safety regulations prescribed by the company and to wear properly and utilize safety equipment as required by the company and to work in a safe manner.

(c) The Union further agrees that Union representatives visiting job sites shall obey all company safety rules and regulations and shall obey all safety rules, standards, and regulations prescribed pursuant to the Occupational Safety and Health Act or other governmental regulation or legislation, and shall wear and use properly all safety devices or equipment employees on the job site are required to wear and use.

5. All employees referred by the Union shall have at least training in the OSHA 10 Hour Safety Courses. Employees shall have verification that they have completed all safety related training as required by the owner or governmental agencies. The Employer has the right to refuse employment without penalty if not trained.

## ARTICLE XVI - JOINT POLICY ON SUBSTANCE ABUSE

1. The Employer and Union are committed to provide a safe work environment for its employees and the public and also maintain a reliable, productive, quality work force, and thus affirm that construction job sites subject to this Agreement must be alcohol and drug free.

13

2. Employees whose job performance is impaired by the use of alcohol or drugs create an unacceptable safety risk to themselves, coworkers, and public.

3. Employees who violate the joint policy on substance abuse shall be subject to discipline up to and including immediate discharge without recourse to the grievance procedure.

### ARTICLE XVII - PENSION, WELFARE, S.U.B., ANNUITY & TRAINING FUNDS

1. (a) The Employer hereby agrees to contribute the amounts hereinafter provided for in Article XXVIII of this Agreement to designated Laborers Pension, Welfare, S.U.B., Annuity, and Training Funds (hereinafter singularly and collectively referred to as "Fund") for each actual hour worked by employees covered by this Agreement. It is the purpose of this Article to provide that where a Local Union party to this Agreement has established a Fund jointly trusteed by Labor and Management, then said contributions shall be paid to said Local Fund in the amounts hereinafter set forth in this Agreement. An annual financial report will be submitted to the AGC from each local union benefit fund to which AGC employers contribute. All Employers contributing to these funds shall be held to the complete terms and conditions of this article and all pertaining declarations of trust. Notwithstanding the above, all fringe benefit contributions for work in the geographic territory of Laborers' Local Union 1822 shall be tendered to the Laborers' Local No. 322/1822 Fringe Benefit Fund Office.

(b) The Employers party to this Agreement accept the Trustees now serving on such Fund and hereby waive the right to name new, other successor, or additional trustees, except that the parties agree that one (1) Union Trustee and one (1) LRD/AGC Trustee shall be appointed to the (Upstate) Laborers Regional Training Fund.

2. The Employer agrees to contribute the amount per hour hereinafter set forth in Article XXVIII for each actual hour worked, except where an employee is paid pursuant to the 1 + actual hours worked clause herein provided for at Article XI of this Agreement, in which case contributions shall be paid on the same basis as the 1 +actual hours worked clause.

3. Each Local Union party to this Agreement shall be considered as an Employer under this Agreement for the purpose of paying the contributions mentioned in this Article on its Employees as provided for in Article XVII, Section 7. Notwithstanding the above individuals working in the geographic territory of laborers' Local 1822 shall have the right to determine their "Home Fund" as provided for in Article XVII, Section 7.

4. (a) In the event that the Employer does not make contributions to the Fund as provided for herein, the Employer agrees that he will be charged with all necessary litigation and accounting expenses incurred by the Trustees of the Fund in collecting the monies due hereunder and that a money judgment may be rendered against such Employer for such litigation and accounting expenses in addition to a judgment for unpaid contributions.

(b) Litigation and accounting expenses shall be determined so as not to be in excess of the minimum fee schedules for the legal and accounting professions in the area in which such work is performed.

5. (a) Each Employer shall furnish the Trustees of the respective Funds with periodic reports as required by the Fund showing the names, social security numbers, hours worked, and location of job of each employee performing work covered by this Agreement.

(b) Subcontractors covered by Article XIV, Section 3 shall remit contributions on a weekly basis.

(c) In the event that no workers are employed during the report period, a negative report and/or a final report

14

shall be filed.

(d) Monthly reports are due the 15th day of the month following the month on which contributions are being made.

(e) Upon request by that Employer and with the permission of the individual Board of Trustees, the Union will furnish to the AGC/LRD a copy of the most recent actuarial valuation for each of a Local Unions covered under this agreement.

6. The books and records of each Employer pertinent to the employment of Employees covered by this Agreement shall be made available at all reasonable times for inspection and audit by a licensed CPA employed by the Fund, including, without limitation, payroll sheets, W2 Forms, New York State employment reports, Social Security reports, ledgers, vouchers, and any other pertinent items concerning payrolls. Inspection shall be restricted to a verification of payments made and/or due to the Fund. Cost of such inspection shall be borne by the Fund, except in cases where an Employer is delinquent in making contributions, in which case the delinquent Employer shall bear the cost of inspection and audit. Delinquency is defined as continual late payments and not honest errors.

7. "Merged Fund" The parties agree that where, as a result of Union mergers, there are two or more, benefit funds sponsored by one Union local, it shall be the decision and responsibility of the respective Boards of Trustees of such funds to determine and provide for the proper accounting and crediting of Employer contributions to their respective funds. The parties agree that in the event a merger of locals covered by this agreement occurs within the term of this agreement the contract will be re-opened in order to address terms and conditions of benefit payments affected by such merger.

The schedule of wages and fringe benefits are set forth in the collective bargaining agreement of the local area's jurisdiction in which the job covered by this Agreement is located. The Employer signatory hereto agrees to contribute the amounts hereinafter provided for in Article 6 of this Agreement to designated Laborers Pension Funds, for each actual hour worked by employees covered by this Agreement. It is the purpose of this Article to provide that were a Local Union party to this Agreement has established a Fund jointly trusteed by Labor and Management, then said contribution shall be paid to said Local Fund in the amounts hereinafter set forth in this Agreement.

Notwithstanding the terms and conditions of this Agreement, the parties recognize a bargaining unit employee covered by this Agreement shall have the right to determine that employee's "Home Fund" regarding Laborers' Local 322 Pension Plan and Laborers' Local186 Pension Plan. In exercising this right, (1) the individual may declare in writing to the employer and others which pension plan is the individual's "Home Fund"; and (2) the pension contribution shall be tendered by the signatory employer to that Individual's declared Home Fund, subject to that declared Home Fund agreeing to accept such Individual as a participant of the declared Home Fund. The recipient of the pension contributions tendered by the signatory employer shall disburse and deliver such pension contributions to the declared Home Fund.

8. "Fund Rehabilitation Language" "The parties acknowledge the varying financial condition of pension funds provided for in this agreement and the requirement for the Boards of Trustees of those funds to adopt rehabilitation or improvement plans in accordance with the Pension Protection Act.

Therefore the parties agree to adopt, and incorporate by reference such plans as may be proposed by the Boards of Trustees at such time as the law requires provided however that such rehabilitation or improvement plans may not require an increase in the gross rate of pay and benefit agreed to herein. The parties further

15

agree that where the adoption of such plans requires the re-opening of this contract in order to re-allocate contributions in accord with such plans they will cooperate fully so as to assure the timely approval of the plans."

## ARTICLE XVIII - LABOR-MANAGEMENT COOPERATION

The Employer and the Union recognize that they must confront issues of mutual concern which are more susceptible to effective resolution through labor management cooperation than through the collective bargaining process. To seek resolution of these mutual concerns, to address issues regarding health and safety, and to advance mutual interests through labor management cooperative efforts, it is agreed that the Employer shall contribute to the New York State Laborers-Employers Cooperation and Education Trust and to the New York

Laborers' Health and Safety Fund for the term of this Agreement, including any extensions or renewals thereof.  The Employer shall contribute to the New York State Laborers Employers Cooperation and Education Trust as provided for in Article XXVIII for each actual hour worked. The Employer shall also contribute to the New York Laborers' Health and Safety Fund as provided for in Article XXVIII for each actual hour worked. The Employer shall submit all contributions and all contribution reports to the designated Laborers' Local Fund Office. The Fund Office shall promptly forward the contributions and contribution reports to the Laborers Regional Office, Trust Division, for the accounts of the Trust and Fund. The Employer and the Union hereby adopt and agree to be bound by the Agreement and Declaration of Trust establishing the New York State Laborers Employers Cooperation and Education Trust, as amended, as well as the Agreement and Declaration of Trust establishing the New York
Laborers' Health and Safety Fund, as amended.

## ARTICLE XIX - JURISDICTIONAL DISPUTES

1. The parties hereto mutually agree that in the event of a jurisdictional dispute with any other
Union or Unions, the dispute shall be submitted to the International Unions for settlement.

2. Neither party shall order or permit any lockout, strike, or other work stoppage or slowdown. Further, the Union will not aid, support or permit unauthorized strikes, slowdowns or work stoppages by its members with respect to a jurisdictional dispute.

3. If the International Unions are unable to resolve said dispute within five (5) days (Saturday, Sunday and Holidays excluded) then;

4. The parties to this Agreement shall have exhausted their internal remedies and may then seek resolution through the NLRB and/or the Courts. No legal action may be initiated before such internal remedies are exhausted.

5. Notwithstanding any other provision of this Agreement, only a court has the power to determine whether or not a particular dispute arising under this Agreement is jurisdictional and excluded from the grievance/arbitration provisions.

## ARTICLE XX-WATCHMEN AND GUARDS

1. Guards are to be excluded from the bargaining unit. Guards may be used for the security of the contractors' equipment and material only and they will not at any time be required to punch time clocks or perform work of employees covered by this Agreement.

2. When watchmen service is subcontracted, the provisions of this Article shall apply equally to such subcontractors.

3. The actual hours worked clause of this contract (Article XI) does not apply to watchmen. The hourly rate shall be paid at straight time for actual hours worked without regard to the day of the week or whether a holiday is involved. Time and one-half'(1 1/2) shall be paid for hours worked in excess of forty (40). Overtime for watchmen shall be computed only on hours worked as a watchman without regard to hours that such man shall have worked on the project as a laborer.

## ARTICLE XXI - STATUS QUO ON CERTAIN EQUIPMENT

1. The parties hereto recognize that the operation of certain equipment and work assignments may raise questions regarding jurisdiction of work in areas of one or more of the local unions party to this Agreement. The equipment involved is:

(a) Hydraulic Seeder
(b) Concrete Curb Machine (c) Asphalt
Curb Machine (d) Snorkel
(e) Stump Remover
(f) Blower for Burning Bush
(g) Hydraulic Motorized Pin Puller
(h) Self-Propelled Concrete Saw
(I) Application of Temporary and Permanent Road Markings
(J) Scaffolding
(k) Welding
(1) Use of a Laser Level
(m) Coating of Penstocks
(n) On work historically done with the airtrack drill technological, advances to this type of equipment shall not change the manning of this equipment.

2. Pending final determination of the jurisdiction of the above equipment, such equipment and the operation thereof shall remain "status quo."

## ARTICLE XXII ARBITRATION

1. During the term of this Agreement, neither party shall order or permit any lockout, strike, or other work stoppage or slowdown. Further, the Union will not aid, support or permit unauthorized strikes, slowdowns, or work stoppages by its members.

2. Grievance Procedure: All grievances or disputes involving any controversy, dispute, or misunderstanding arising as to the meaning, application, or observance of any provisions of this Agreement shall be handled in the manner hereinafter set forth. It is agreed that all matters pertaining to the interpretation of this Agreement must be referred directly to the Joint Committee, provided that if a grievance has not been filed, the matter shall not be a subject of arbitration until a grievance is filed.

Step 1. All grievances must be made known in writing to the other party within seven (7) calendar days after the reason for such grievance has occurred. The aggrieved employee's or employees' shop steward or another authorized representative of the Union shall first submit a written grievance to the Job Superintendent, or his duly authorized representative. The Shop Steward or another authorized representative of the Union of the Employee or the Employees involved shall be present at any meeting

17

between the Job Superintendent and such employee or employees. The Job Superintendent or-his duly authorized representative must make a written disposition of the matter within twenty-four (24) hours after the submission of such written grievance thereto.

Step 2. If the disposition of the matter by the Job Superintendent or his duly authorized representative is not satisfactory, the matter must be taken up by the Business Agent, and representative of the Employer with authority to act within forty-eight (48) hours of the written disposition set forth in Step 1.

Step 3. If the disposition of the matter in Step 2 is not satisfactory, either party has a right to file its grievances with the Joint Committee referred to in Section 2 of this Article within seventy- two (72) hours after Step 2.

3. The Unions and Association who are signatories to this shall together establish for the duration of this Agreement, a Joint Committee. The Joint Committee shall consist of three (3) representatives of the employers who will be the Employer involved, an AGC LRD Representative and an AGC Designated Representative and three (3) representatives of the Union who will be the Business Manager presenting the issue, the District Council Business Manager a Union Designated Representative. All meetings of the Joint Committee must be attended by each member or his alternate, but the absence of any member or alternate shall not invalidate the action of the members of the Joint Committee who are present. It shall be the function of the Joint Committee to settle disputes and grievances which cannot be settled in accordance with Steps 1 and 2 of the grievance procedure. The Joint Committee shall formulate rules of procedure to govern the conduct of its proceedings including the time, date, and place of meetings.

A decision by a majority of the Joint Committee shall be final and binding on the parties and employees involved. Failure of either party involved to comply with any final decision of or to submit to the jurisdiction of the Joint Committee shall give the other party the immediate right to all legal and economic recourse.

4. Rights of the Joint Committee: The Joint Committee shall have the right to investigate all facts pertaining to the dispute. The Joint Committee shall, upon each dispute or grievance processed in accordance with this Article after completion of or as a part of Step 2, have the right to examine time sheets and any other records pertaining to the computation of compensation of any individual or individuals whose pay is in dispute. Both parties shall be entitled to present such evidence and witnesses in support of their position as they see fit.

5. Arbitration: If a grievance cannot be satisfactorily settled by a majority decision of the Joint Committee, the grievant shall request a list of seven (7) arbitrators from (1) the panel arbitrators of the New York Board of Mediation; (2) the Federal Mediation and Conciliation Service, or (3) the labor panel of the American Arbitration Association for final and binding decision. Such request shall be no later than fifteen (15) calendar days from the date of the oral announcement of the Joint Committee's decision, by the grievant or his duly assigned representative. Further, any arbitration agency named shall be used only for every third arbitration that may arise between the parties to the end that arbitrators be selected on a rotating basis in the order in which the agencies are hereinabove listed. The arbitrator shall be selected by alternately eliminating names from the seven (7) person list until one remains; the grievant or his representative shall strike the first name. Upon failure to comply with the provisions of this entire section on the part of the grievant, the grievance shall be deemed to have been closed without decision.

The arbitrator shall not have jurisdiction or authority to add to, modify, detract from, or alter in any way the provisions of this Agreement or any amendment or supplement thereto. If the arbitrator should determine that the grievance is not covered by this Agreement, he shall return the grievance to the parties without decision and the grievance shall be closed. In such case, the costs, if any, shall be borne by the grievant.

6. Violations concerning wages, hours, and all fringe benefit payments shall not be subject to the grievance procedure. In such cases, the Union shall give three (3) working days notice to the Employer that the Union will withdraw its men from the Employer's service. If the Employer contends there is a question of fact regarding the alleged violation, he may file a grievance within the aforesaid three (3) working days with a copy to the Local Union and a copy to the Co- Secretaries of the Committee. When a grievance has been filed, there shall be no work stoppage pending resolution of the grievance pursuant to Article XXII (2)(3) and subsequent provisions of this Article, Work jurisdiction, that is, disputes with respect to whether one group of employees or another group of employees shall perform certain work on the project is expressly not arbitrable under this contract.

7. Any discharged employee may file a grievance no later than four (4) days after discharge by a written notice submitted to the Project Manager or Superintendent and the Local Union and such grievance shall be immediately processed in accordance with the steps of the grievance procedure.

8. The administrative costs of the Joint Committee shall be borne equally by the Employers and the Union.

9. The costs of arbitration, which shall include the fees and expenses of the arbitrator shall be borne by the Company in case its principal contention is rejected by the arbitrator, and by the Union in case its principal contention is rejected by the arbitrator, except, however, that each party shall pay the fees of its own representatives and witnesses. Any dispute as to whose principal contention is rejected shall be determined by the arbitrator. In the case that both parties' principal contention is upheld in part, the arbitrator shall designate what part of the costs are to be borne by which party according to the relative merits of each party's position.

10. The Union and Association expressly agree that the Contractors, present and future who comprise the multiemployer bargaining group, do not subscribe to, are not a part of, nor are they to any extent bound by the Impartial Board for the Settlement of Jurisdictional Disputes or the rules, regulations, or procedures of the Impartial Board for the Settlement of Jurisdictional Disputes.

## ARTICLE XXIII - DEDUCTIONS

1. The Employer shall deduct from the basic wage rate of employees covered by this Agreement, the amounts hereinafter set forth in Article XXVIII for each actual hour worked by such employees.

2. No deductions shall be made for any such employee unless the employee has deposited with the Employer his copy of an executed authorization form, which shall in no event be irrevocable for a period of more than one (l) year or the termination date of this Agreement whichever shall be the less.

3. Executed copies of the authorization cards will be kept on file by the Union and the Employer.

4. The Employer assumes no obligation with respect to the obtaining of authorization cards, it being understood that this is a duty and obligation of the Union.

5. With respect to any such Employee for whom authorization cards have not been furnished, the gross basic wage rate appearing hereafter at Article XXVIII shall be paid to the Employee on a straight and/or time and one half basis as shall be applicable under this contract.

6. Deductions shall be made in the first full payroll period following the furnishing of authorization cards.

7. The Union shall indemnify and save the Employer harmless against any and all claims, demands, suits, or other forms of liability that shall arise out of or by reason of action taken or not taken by the Company in reliance upon authorization cards furnished by the Employees and/or Union.

8. The Employer agrees to deduct and transmit to the New York State Laborers' Political Action Committee ten cents ($.10) or to any other Local Union PAC account identified by the Local union for each hour worked from the wages of those employees who have voluntarily authorized such contributions on the forms provided for that purpose by the Union. These transmittals shall occur monthly, and shall be accompanied by a list of the names of those employees for whom such deductions have been made, and the amount deducted for each such employee. The Union agrees to indemnify and hold harmless the Employer from any and all claims, actions and/or proceedings arising out of said New York State Laborers Political Action Committee.

## ARTICLE XXIV - EQUAL EMPLOYMENT OPPORTUNITY

The Employer and the Union mutually agree that they will comply and cooperate with all laws, codes, rules, regulations, executive orders, and administrative decisions, whether state or federal, dealing with nondiscrimination in training, membership, employment, job tenure, promotions, and every other matter covered by such laws, codes, etc. not herein expressly mentioned. The use of masculine or feminine gender in this agreement shall be construed as including both genders.

## ARTICLE XXV - MOST FAVORED EMPLOYER

1. If the Union enters into any agreement with any individual Employer or group of Employers performing work covered by the terms of this Agreement and that Agreement provides for more favorable wages, hours, or conditions to any other Employer, the Employers signatory hereto, after sending written notice of such intention, shall be afforded the privilege to adopt such advantageous terms and conditions.

2. This clause shall not apply to isolated or emergency situations which may occur from time to time under regular conditions.

## ARTICLE XXVI - APPRENTICESHIP

1. A registered apprenticeship training program is to be established for each Local, that fully complies with all governmental requirements, indenturing apprentices to individual Local Union programs.

2. There will be a Joint Apprenticeship Training Committee (JATC) for each Local's program consisting of representatives from the union and the employers who will administer the rules and regulations for the apprenticeship program for each Local.

3. New applicants for membership who cannot provide reasonable proof of 4,000 or more hours of employment as a Construction Craft Laborer (or, alternatively, cannot demonstrate equivalent skills in a placement examination administered by the JATC shall, whenever possible, enter the Apprenticeship program. The failure of any Apprentice to maintain his or her Apprenticeship status may obligate the Employer to discharge such person upon notice from the Union.

4. The Apprenticeship and Training Standards approved by the Federal Bureau of Apprenticeship and Training or State Apprenticeship Committee are hereby incorporated by reference as a part of this Agreement.

5. The ratio of apprentices to journey workers on any project site is 1:3. If there are only 2 (two) Laborers employed on the job the Employer may use a 1:1 apprentice to journeyman ratio. Otherwise the ratio is 1:3 apprentice to journeyman. There shall be full mobility of apprentices within the jurisdiction of this Agreement. The Employer shall notify the Local Business Manager when bringing an apprentice from another Local. Apprentices shall be covered by the terms and conditions of this Agreement and shall be paid according to the following schedule of wages and fringe benefits as established by each Local Union and their respective JATC and outlined under Article XVIII Wages.

Hours of Credit Wage Rate
    0-999 70% of basic rate (B)
    1,000 - 1,999 80% of basic rate (B)
    2,000 - 2,999 85% of basic rate (B)
    3,000 - 3,999 90% of basic rate (B)
    4,000 and over Journey Worker The corresponding percentage of fringe benefits to be paid will be determined by each Local JATC.

6. All wage increases are subject to an apprentice completing the preceding 1,000 hour increments.

7. Apprentice applicants are required to have a substance abuse test and physical prior to acceptance into the program or union, unless precluded by State or Federal law.

8. Apprentice failed drug test will result in termination from Apprentice program.

## ARTICLE XXVII - SAVINGS CLAUSE

In the event that any State or Federal Statute or Law shall supersede or invalidate any clauses in this Agreement, such Statute or Law shall prevail over any such clause; however, the other provisions of this Agreement shall be valid and remain in full force and effect. In the event that any section or portion thereof shall be declared invalid, it is further agreed that the parties hereto shall meet within a period of sixty (60) days to redraft a new section or portion thereof, which shall be valid and which shall replace that section or portion thereof declared invalid.

## ARTICLE XXVIII - WAGES

1. A Laborer shall be paid for the entire day at the rate applicable to the highest classification in which he has worked that day, if he works four (4) or more hours in the higher classification.

2. Whenever the letters (a), (b), (c), and (d) appear hereinafter, the use of the letter shall be considered as describing the following work classifications:

(a) Drill Helper, Flagmen, Outboard and Hand Boats. On work historically done with the airtrack drill, technological advances to this type of equipment shall not change the manning of this equipment.

(b) Basic Rate: Bull Float, Chain Saw, Concrete Aggregate Bin, Concrete Bootman, Gin Buggy, Hand or Machine Vibrator, Jack Hammer, Mason Tender, Mortar Mixer, Pavement Breaker, Handlers of all Steel Mesh, Small Generators for Laborers' tools, installation of bridge drainage pipe, pipe layers, vibrator type rollers, tamper, drill doctor, water pump operator (1 1/2" and single diaphragm) nozzle (asphalt, gunite, seeding, and sand blasting), Laborers on chain link fence erection, rock splitter and power unit, pusher type concrete saw and all other gas, electric, oil, and air tool operators, wrecking laborer.

21

(c) All rock or drilling machine operators (except quarry master and similar type), acetylene torch operators, and asphalt raker, powderman, tail or screw operator on asphalt paver. On work historically done with the airtrack drill, technological advances to this type of equipment shall not change the manning of this equipment.

(d) Blasters, form setters, stone or granite curb setters.

3. Wage rates, Welfare, Pension, S.U.B., Annuity, Training, L.E.C.E.T., and N.Y. Health and Safety contributions and deduction amounts are set forth below. For Local 633 Jurisdiction (except Cayuga) All fringe benefit contributions and deductions for work in the Local 1822 jurisdiction shall be tendered to Laborers' Local No. 322/1822 Fringe Benefit Fund Office located at 202 Twin Oaks Drive-Suite 200A, Syracuse, New York 13206, Attention: Administrator

**For Local 633**
7/1/2022- Gross Increase effective July 1, 2022 is $2.00/hour;
7/1/2023 - Gross Increase effective July 1, 2023 is $3.00/hour;
7/1/2024 - Gross Increase effective July 1, 2024 is $2.50/hour

**For Local 785**
7/1/2022 - Gross Increase effective July 1, 2022 is $2.00/hour;
7/1/2023 - Gross Increase effective July 1, 2023 is $3.00/hour;
7/1/2024 - Gross Increase effective July 1, 2024 is $2.50/hour

**For Local 1822**
7/1/2022 - Gross Increase effective July 1, 2022 is $2.00/hour;
7/1/2023 - Gross Increase effective July 1, 2023 is $3.00/hour;
7/1/2024 - Gross Increase effective July 1, 2024 is $2.50/hour

Hazardous Waste When an employee covered by this Agreement performs hazardous waste removal; lead abatement and removal; asbestos abatement and removal work on a State and/or Federally designated waste site, and where relevant State and/or Federal regulations require employees to be furnished, with required forms of personal protection, then in such case an employee shall receive the basic hourly rate plus $3.00 per hour, if said premium is included in the prevailing wage rate schedules.

$3.00 + premium Asbestos Abatement $3.00 + premium Lead Abatement $3.00 + Premium

Night Work Mandated by DOT $3.00 + basic rate

4. All foreman will receive $3.00 + basic rate.

(b) Any foremen covered by this Agreement may be employed on a weekly basis at a salary agreeable to the Employer and the foremen.

5. DRILLS. Individual wagon drills, track mounted drills, jack-leg drills and multiple type drills shall require a drill helper except that the Union and the Employer recognize that in certain cases one helper may be able to service more than one drill. In such cases, the manning shall be pursuant to a project agreement between the

22

Union and the Employer.

6. HAZARDOUS WASTE. When an employee covered by this Agreement performs hazardous waste removal; lead abatement and removal; asbestos abatement and removal work on a State and/or Federally designated waste site, and where relevant State and/or Federal regulations require employees to be furnished, and those employees use or wear required forms of personal protection, then in such case an employee shall receive the basic hourly rate plus $3.00 per hour.

7. DAVIS-BACON PROJECTS. The application of Davis-Bacon wage rates posted on a 100% Federally funded project shall be negotiated between the local business manager and prospective bidders, on a project by project basis.

8. In the event that work not traditionally assigned to laborers is, by mutual consent of the parties, performed by laborers, a rate appropriate to the classification will be paid to the affected worker for the actual hours such work was performed.

## ARTICLE XXIX- DURATION AND TERMINATION

It is agreed by both parties that all the conditions of this Agreement shall remain in full force and effect from April 1, 2022 – March 31, 2025, and during each calendar year thereafter, unless on or before the 30th day of January, 2025, or any year thereafter, written notice of change to this Agreement be served by either party upon the other party.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly subscribed by their duly authorized representatives the day and year first above written.

FOR THE AGC/LRD FOR CENTRAL NEW YORK REGION

_____

Carley Hill,
AGC NYS LRD Representative

FOR THE UNION

_____

Sam Capitano

24

## INDIVIDUAL EMPLOYER

In consideration of the time, efforts, and sums expended by the Union, the Labor Relations Division and the Employer in the negotiation of the foregoing contract, in consideration of the similar time, effort and sums expended and to be expended in its administration, and further consideration of the mutual promises and obligations of the Union, the Labor Relations Division and its member contractors, and Employers, the undersigned individual Employer agrees:

1. That he (it) has read the foregoing collective bargaining Agreement, dated April 1, 2022, and agrees, as an individual Employer to be bound by each and all of the terms, conditions and provisions thereof and also agrees to be bound by the interpretations and enforcement of the Agreement. He (It) further agrees to furnish both the Labor Relations Division and the Union with signed copies of this Agreement.

2. That he (it) waives the right to name or participate in the selection of any management trustee to any and all jointly trusteed funds provided for in said Agreement, further agrees to accept the trustees now named to these funds as his designated trustees, and agrees to be bound by the provisions of the trust indentures creating the respective funds.

Name of Firm:_____

By: _____

An Authorized Officer, Title_____

Firm Street Address_____

City and State_____

Telephone Number_____

Local Union:_____

By:_____

Authorized Representative

Date: _____

UNION COPY

25

# INDIVIDUAL EMPLOYER

In consideration of the time, efforts, and sums expended by the Union, the Labor Relations Division and the Employer in the negotiation of the foregoing contract, in consideration of the similar time, effort and sums expended and to be expended in its administration, and further consideration of the mutual promises and obligations of the Union, the Labor Relations Division and its member contractors, and Employers, the undersigned individual Employer agrees:

1. That he (it) has read the foregoing collective bargaining Agreement, dated April 1, 2022, and agrees, as an individual Employer to be bound by each and all of the terms, conditions and provisions thereof and also agrees to be bound by the interpretations and enforcement of the Agreement. He (It) further agrees to furnish both the Labor Relations Division and the Union with signed copies of this Agreement.

2. That he (it) waives the right to name or participate in the selection of any management trustee to any and all jointly trusteed funds provided for in said Agreement, further agrees to accept the trustees now named to these funds as his designated trustees, and agrees to be bound by the provisions of the trust indentures creating the respective funds.

Name of Firm:_____

By: _____

An Authorized Officer, Title_____

Firm Street Address_____

City and State_____

Telephone Number_____

Local Union:_____

By:_____

Authorized Representative

Date: _____

NOTE: This page to be filled out in duplicate and one copy forwarded to:

Labor Relations Division
AGC OF NYS, LLC
10 Airline Drive, Suite 203
Albany, New York 12205-1025
LRD/AGC COPY (LABORERS) (CENTRAL NEW YORK)

26