# EXHIBIT B

## INDIVIDUAL EMPLOYER

In consideration of the time, efforts, and sums expended by the Union, the Labor Relations Division and the Employer in the negotiation of the foregoing contract, in consideration of the similar time, effort and sums expended and to be expended in its administration, and further consideration of the mutual promises and obligations of the Union, the Labor Relations Division and its member contractors, and Employers, the undersigned individual Employer agrees:

1. That he (it) has read the foregoing collective bargaining Agreement, dated April 1, 2022, and agrees, as an individual Employer to be bound by each and all of the terms, conditions and provisions thereof and also agrees to be bound by the interpretations and enforcement of the Agreement. He (It) further agrees to furnish both the Labor Relations Division and the Union with signed copies of this Agreement.

2. That he (it) waives the right to name or participate in the selection of any management trustee to any and all jointly trusteed funds provided for in said Agreement, further agrees to accept the trustees now named to these funds as his designated trustees, and agrees to be bound by the provisions of the trust indentures creating the respective funds.

Name of Firm: _Solar Foundations LLC_

By: _Jeff Siedler_

An Authorized Officer, Title _Managing Member_

Firm Street Address _1409 Doughty Rd_

City and State _Egg Harbor Township NJ 08234_

Telephone Number _609 214 2592_

Local Union: _785_

By:_____

Authorized Representative

Date: _____

UNION COPY

25

## INDIVIDUAL EMPLOYER

In consideration of the time, efforts, and sums expended by the Union, the Labor Relations Division and the Employer in the negotiation of the foregoing contract, in consideration of the similar time, effort and sums expended and to be expended in its administration, and further consideration of the mutual promises and obligations of the Union, the Labor Relations Division and its member contractors, and Employers, the undersigned individual Employer agrees:

1. That he (it) has read the foregoing collective bargaining Agreement, dated April 1, 2022, and agrees, as an individual Employer to be bound by each and all of the terms, conditions and provisions thereof and also agrees to be bound by the interpretations and enforcement of the Agreement. He (It) further agrees to furnish both the Labor Relations Division and the Union with signed copies of this Agreement.

2. That he (it) waives the right to name or participate in the selection of any management trustee to any and all jointly trusteed funds provided for in said Agreement, further agrees to accept the trustees now named to these funds as his designated trustees, and agrees to be bound by the provisions of the trust indentures creating the respective funds.

Name of Firm: _Solar Foundation LLC_

By: _Jeff Fiedler_

An Authorized Officer, Title _managing member_

Firm Street Address _1409 Doughty Rd_

City and State _Egg Harbor Township NJ 08234_

Telephone Number _609 214 2592_

Local Union: _785_

By:_____

Authorized Representative

Date:_____

NOTE: This page to be filled out in duplicate and one copy forwarded to:

Labor Relations Division
AGC OF NYS, LLC
10 Airline Drive, Suite 203
Albany, New York 12205-1025
LRD/AGC COPY (LABORERS) (CENTRAL NEW YORK)

26

## INDIVIDUAL EMPLOYER

In consideration of the time, efforts, and sums expended by the Union, the Labor Relations Division and the Employer in the negotiation of the foregoing contract, in consideration of the similar time, effort and sums expended and to be expended in its administration, and further consideration of the mutual promises and obligations of the Union, the Labor Relations Division and its member contractors, and Employers, the undersigned individual Employer agrees:

1. That he (it) has read the foregoing collective bargaining Agreement, dated April 1, 2022, and agrees, as an individual Employer to be bound by each and all of the terms, conditions and provisions thereof and also agrees to be bound by the interpretations and enforcement of the Agreement. He (It) further agrees to furnish both the Labor Relations Division and the Union with signed copies of this Agreement.

2. That he (it) waives the right to name or participate in the selection of any management trustee to any and all jointly trusteed funds provided for in said Agreement, further agrees to accept the trustees now named to these funds as his designated trustees, and agrees to be bound by the provisions of the trust indentures creating the respective funds.

Name of Firm: _Solar Foundation LLC_

By: _Jeff Fiedler_

An Authorized Officer, Title _Managing member_

Firm Street Address _1409 Doughty Rd_

City and State _Egg Harbor Township NJ 08234_

Telephone Number _609 214 2592_

Local Union: _785_

By:_____

Authorized Representative

Date: _____

NOTE: This page to be filled out in duplicate and one copy forwarded to:

Labor Relations Division
AGC OF NYS, LLC
10 Airline Drive, Suite 203
Albany, New York 12205-1025
LRD/AGC COPY (LABORERS) (CENTRAL NEW YORK)

26