# EXHIBIT C

| | |
|---|---|
| **From:** | Joshua Ost |
| **To:** | Candace Morrison |
| **Subject:** | Fw: solar foundations Heavy & Highway contract and effective wage rates July 1, 2023 - June 30, 2024 and reporting forms |
| **Date:** | Thursday, September 18, 2025 1:37:40 PM |
| **Attachments:** | Local 785.pdf |

**Attention: This email came from an External Source. DO NOT open attachments or click on links from unknown senders or unexpected emails.**

Get Outlook for iOS

**From:** Jeff Fiedler <jeff@solarfds.com>
**Sent:** Tuesday, April 2, 2024 11:45:03 AM
**To:** Dawn Merrill <dispatch@liuna785.com>
**Cc:** Daniel Norton <Fieldrep@liuna785.com>
**Subject:** Re: solar foundations Heavy & Highway contract and effective wage rates July 1, 2023 - June 30, 2024 and reporting forms

Good Mid Morning Dawn,

 Please find the attached signature pages.

 Have a Great rest of your day

On Tue, Apr 2, 2024 at 7:51 AM Dawn Merrill <dispatch@liuna785.com> wrote:

> Good Morning Jeff!
>
> Joshua Ost has asked me to forward you the Laborers Local 785 Heavy & Highway contract and  wage rates and reporting forms that are effective for July 1m 2023 – June 30, 2024. Once we have all the new rates into the DOL by the end of May we will forward those to you as well.
>
> Thanks,
>
> Dawn
>
> Laborers Local 785
>
> 622 W. State Street

Ithaca, NY 14850

P:(607) 272-3122

Fax: (607) 277-6883

Email: dispatch@liuna785.com


--
Thank You,

Jeff Fiedler
Solarfoundations LLC
1409 Doughty Rd
Egg harbor Township NJ,08234
ph-609-646-7450
fax-609-646-7920
Email- jeff@solarfds.com
web-solarfoundationsllc.com