# EXHIBIT H

# LABORERS LOCAL 785 BENEFIT FUNDS

## COLLECTIONS POLICY

### (Restated May 1, 2018)

**WHEREAS,** under ERISA Section 515 and regulations issued thereunder, including ERISA Prohibited Transaction Exemption 76-1, the Trustees of the Laborers Local 785 Pension, Defined Contribution, Health & Welfare, and Training and Apprenticeship Funds, [hereinafter, Trustees], recognize that they have a duty to make all reasonable and diligent efforts to collect employer contributions owed to the Funds; and

**WHEREAS,** pursuant to a Collective Bargaining Agreement between the Local Union and Employers, the Employers are required to make prompt payment of the monies owed to the Funds and are bound by the Agreement and Declaration of Trust of the Funds; and

**WHEREAS,** pursuant to Article Four of the Trust Agreement, the Trustees are authorized to receive, demand and collect payment of all monies owed to the Funds and to take such steps including initiation of legal or administrative proceedings as the Trustees, in their sole discretion, determine to be in the best interests of the Funds for the purposes of collecting such payments; and

**WHEREAS,** it is deemed desirable by the Trustees to formulate a written policy to be applied uniformly to the collection of all employer contributions;

**NOW, THEREFORE,** it is resolved that the Trustees of the Funds hereby adopt the following rules and regulations for the collection of delinquent employer contributions:

1. Report and Payment of Contributions.

Each Employer must submit a report of hours worked by Employees covered by the Bargaining Agreement each month no later than the 15th of the following month. The duty to report hours is a separate and distinct requirement from the obligation to pay fringe benefit contributions. An Employer

with no covered Employees during any month must submit a "no-hours" report. An Employer submitting three consecutive monthly "no-hours" reports is exempted from filing reports until it again employs covered Employees.

2. <u>Contributions</u>. Each employer must pay all contributions to the Fund Office on or before the 15th day of the month following the month in which the hours are worked.

3. <u>Delinquent Contributions</u>.

a) If payment has not been received by the Funds on or before the 15th day of the month following the month for which the contributions are required (the "Due Date"), the Fund Office shall within ten (10) business days thereof notify the Employer by first class mail that the Employer is delinquent and that if the payments are not made within five (5) business days from the date of such mailing, interest equal to one (1%) percent, per month, compounded monthly shall be assessed, from the Due Date, on the amount of the delinquency. Interest shall continue to accrue at one (1%) percent, per month, compounded monthly until all delinquent amounts are paid to the Fund in full.

b) If contributions are not received within the time frame prescribed within the first letter, the Fund Office shall send a second letter (by certified mail, return receipt requested) to the Employer, and copy the Local Union representative and Fund Counsel, stating that the contributions have still not been received, assessing interest, and advising the Employer that the Employer's delinquency may be referred for legal action. The Employer will be required to advise the Fund Office of the name of each project covered by a remittance report which has not been paid in full. Covered Employees shall be advised that the failure of their Employer to pay the contributions owed may jeopardize their benefit coverage. Such delinquent contributions constitute withheld contributions, and are plan assets pursuant to the Trust Agreement.

c) Any Employer that fails to timely file a no-hours report by the Due Date will be considered delinquent hereunder and, subject to notice as set forth in 1.a and b, above, will be assessed

#2453370-v2

2

interest equal to one (1%) percent, per month, of the Employer's average monthly payment to the Funds for the prior twelve (12) months. Interest shall continue to accrue at one (1%) percent, per month, compounded monthly until all required reports are filed with the Fund Office,

d) The Trustees, in their sole discretion, may require the delinquent Employer to post a surety bond or deposit cash in an amount determined by the Trustees, conditioned upon the payment of all monies due and owing to the Funds. Such surety bond shall be executed by the Employer and a corporate surety company licensed to do business in the state of New York, for the benefit of the Funds. Such bond shall name the Funds as the obligee. Every delinquent Employer who is required to do so shall deliver to the Fund Office cash or a surety bond in the amount and form approved by the Funds.

e) In the event that a delinquent Employer fails to post cash or a surety bond, or fails to make payments pursuant to this Collection Policy, at any time after the ten-days written notice referred to above, the Board of Trustees or any duly authorized representative of the Board, may immediately refer the matter to Fund Counsel for institution of legal proceedings. Once the matter is referred to Fund Counsel, all communications shall be between Fund Counsel and the Contractor or his representatives, and only Fund Counsel (after consultation with the Board) is authorized to commit the Board to any course of action. No Trustee or Union representative is authorized to speak for the Board of Trustees, negotiate a settlement, or commit the Board to any action with respect to that matter. At the time the delinquency is referred to Fund Counsel, the Fund Manager shall send written notice to each member of the Local employed by the delinquent Employer informing the Employee of the delinquency and of the risk to his/her benefits

4. Rejection of Hours. If required contributions are not paid for three consecutive months, the Trustees in their discretion may refuse to accept further hours from the delinquent Employer until the Employer account is brought current. The Fund Office shall notify all affected Employees that the Funds will not accept hours for credit from the delinquent Employer and that no credit will accrue to the

#2453370-v2

3

Employees' benefit.

5. <u>Notice to Union and Association</u>. Each month the Fund Office shall notify the Union and the Employers Association of the name of any delinquent contractor and a statement of the amount of the delinquency.

6. <u>Attorneys' Fees and Other Collection Expenses</u>. If no payment is received by the Funds within thirty (30) days following the end of the month for which contributions are required, the delinquent Employer shall be required to pay:

    a) The unpaid contributions; and

    b) Interest on the unpaid contributions; and

    c) Liquidated damages equal to twenty percent (20%) of the unpaid contributions; and

    d) All attorneys' fees, paralegal fees, accountants' fees, audit fees and other costs of collection. A minimum fee of $500.00 is assessed for all referrals to fund counsel regardless of whether a civil action is commenced.

The Trustees may, at their discretion, for good cause shown reduce or waive the twenty percent (20%) liquidated damages upon a determination by them of the Employer's excusable default.

7. <u>Audit of Payroll Records</u>.

    (a) <u>Routine Audits</u>. The Trustees shall establish a program to perform routine payroll audits of contributing Employers. When notified by the auditor, each Employer shall make available payroll records with respect to all non-managerial Employees, including records of unemployment insurance premiums, tax withholding reports, records of any payments to independent contractors performing work within the scope of the Bargaining Agreement, and all other records reasonably requested by the auditor.

    (b) <u>Special Audits</u>. An Employer more than 30 days delinquent is subject to a special payroll audit, and the cost incurred for such audit shall be the obligation of the Employer. The Trustees

#2453370-v2

4

may direct a special audit of any Employer's records upon a determination that the Employer has been chronically delinquent or has otherwise shown a pattern of violating its contribution and reporting obligations.

**IN WITNESS WHEREOF,** the Trustees of the Funds have executed this Collections Policy to be effective _____June 1, 2018_____.

Dated: _____April 30, 2018_____

**LABORERS LOCAL 785 PENSION, DEFINED CONTRIBUTION, HEALTH & WELFARE and TRAINING AND APPRENTICESHIP FUNDS:**

_____
EMPLOYER TRUSTEE

_____
UNION TRUSTEE

_____
EMPLOYER TRUSTEE

_____
UNION TRUSTEE

_____
EMPLOYER TRUSTEE

_____
UNION TRUSTEE

#2453370-v2

5