# EXHIBIT I

## Laborers Local 785- ALL REGIONS
## HEAVY & HIGHWAY CONSTRUCTION
### Apprentice Monthly Payroll Report

Payroll Period: _Sept. 24_

Employer: _____

Job Location: _____

Address: _____

Submitted By: _____

_____

Phone: _____

EIN#: _____

| Identification # | Apprentice Employee | Term (1,2,3,4) | Hours Worked | LPL/PAC Hours * | Gross Wages |
|---|---|---|---|---|---|
| | Cumming, Zach | 2 | 156 | | |
| | Elia, Mike | 2 | 32 | | |
| | Pratt, Jordan | 2 | 16 | | |
| | Alvarado, Ixchel | 4 | 128 | | |
| | Fuller, Jeh | 2 | 36 | | |
| | | | | | |
| | | Totals | | | $ |

**Rates effective:  July 1, 2024  thru June 30, 2025**

| | | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| **Employer Benefits Contributions** | Apprentice-1st Term     (0-1,000 hours) | $ 23.60 | | $ | - |
| | Apprentice-2nd Term    (1,001-2,000 hours) | $ 24.35 | 240 | $ 5844.00 | - |
| | Apprentice-3rd Term     (2,001-3,000 hours) | $ 24.73 | | $ | - |
| | Apprentice-4th Term     (3,001-4,000 hours) | $ 25.10 | 128 | $ 3212.80 | - |
| **Payroll Deductions** | Dues check-off | 6 % x Gross Wages | | $ 639.43 | - |
| | Death Benefit/ LSTP | $ 0.25 | 368 | $ 92.00 | - |
| | PAC/Laborers' Political League<br>* Only with member signed authorization | $ 0.10 | | $ | - |

Remit one check to:

**Report Total $     $ 9788.23**

**"Laborers Local 785 Admin. Account"**
**622 West State Street, Ithaca, NY  14850**
**Questions??? Call:  607-277-3081 or 607-319-4079**

**ZERO HOURS REPORTS ARE REQUIRED FOR MONTHS WITH NO HOURS**

Zero reports can be faxed to:  607-277-6883 or  e-mailed to: terryc@785funds.com

| [] No employees this month- Zero Hours | **Laborers Local 785- ALL REGIONS** |
| :-- | :--: |
| [] Final Report for this job | **HEAVY & HIGHWAY CONSTRUCTION** |
| | **Monthly Payroll Report** |

| | |
| :-- | :-- |
| Payroll Period: *Sept. 24* | Employer: |
| Job Location: | Address: |
| Submitted By: | |
| Phone: | EIN# |
| email address: | Date Submitted: |

| Identification # | Journeyperson Employee | Home Local | Hours Worked | * PAC/LPL Hours | Gross Wages |
| :-- | :-- | :-- | :-- | :-- | :-- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Please use Apprentice form to report Apprentice hours. | | **Totals** | - | | $ - |

**Rates effective July 1, 2024 thru June 30, 2025**

| | Fund | Rate | Hours | | Amount |
| :-- | :-- | :-- | :-- | :-- | :-- |
| **Employer Contributions** | Health & Welfare Fund | $ 9.65 | 743 | $ | 7169.95 - |
| | Pension Fund | $ 7.50 | 743 | $ | 5572.50 - |
| | Training Fund | $ 0.45 | 743 | $ | 334.35 - |
| | Defined Contribution | $ 8.00 | 743 | $ | 5944.00 - |
| | LECET | $ 0.15 | 743 | $ | 111.45 - |
| | NY Health & Safety | $ 0.10 | 743 | $ | 74.30 - |
| **Payroll Deductions** | Death Benefit / LSTP | $ 0.25 | 743 | $ | 185.75 - |
| | PAC-Laborers' Political League *Only with member signed authorization* | $ 0.10 | | $ | - |
| | Dues check-off | 6 % X gross wages | | $ | 1631.44 - |

| Remit one check to: | | |
| :-- | :-- | :-- |
| "Laborers Local 785 Admin. Account" | **Report Total** $ | 21023.74 - |
| 622 West State Street, Ithaca, NY 14850 | | |
| Questions??? Call: 607-277-3081 or 607-319-4079 | | |

ZERO HOURS REPORTS ARE REQUIRED FOR MONTHS WITH NO HOURS

Zero reports can be faxed to: 607-277-6883 or e-mailed to: *terryc@785funds.com*

# Laborers Local 785- ALL REGIONS
## HEAVY & HIGHWAY CONSTRUCTION
### Apprentice  Monthly Payroll Report

Payroll Period: _Oct. 24_          Employer: _____

Job Location: _____          Address: _____

Submitted By: _____          _____

Phone:                          EIN#:

| Identification # | Apprentice Employee | Term (1,2,3,4) | Hours Worked | LPL/PAC Hours * | Gross Wages |
|---|---|---|---|---|---|
| | Cummings, Zach | 2 | 88 | | |
| | Alvarado, Ixchell | 4 | 176 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Totals** | | | $ |

| Rates effective:  July 1, 2024  thru June 30, 2025 | | Rate | Hours | Amount |
|---|---|---|---|---|
| **Employer Benefits Contributions** | Apprentice-1st Term    (0-1,000 hours) | $ 23.60 | | $               - |
| | Apprentice-2nd Term    (1,001-2,000 hours) | $ 24.35 | 88 | $ 2142.80   - |
| | Apprentice-3rd Term    (2,001-3,000 hours) | $ 24.73 | | $               - |
| | Apprentice-4th Term    (3,001-4,000 hours) | $ 25.10 | 176 | $ 4417.60  - |
| **Payroll Deductions** | Dues check-off | 6 % x Gross Wages | | $ 495.73  - |
| | Death Benefit/ LSTP | $ 0.25 | | $ 66.00  - |
| | PAC/Laborers' Political League  * Only with member signed authorization | $ 0.10 | | $               - |

Remit one check to:

**"Laborers Local 785 Admin. Account"**

**622 West State Street, Ithaca, NY  14850**

**Questions??? Call: 607-277-3081 or 607-319-4079**

**Report Total $    $ 7122.13 -**

### ZERO HOURS REPORTS ARE REQUIRED FOR MONTHS WITH NO HOURS

Zero reports can be faxed to:  607-277-6883 or  e-mailed to: terryc@785funds.com

| | Laborers Local 785- ALL REGIONS |
|---|---|
| [ ] No employees this month- Zero Hours | **HEAVY & HIGHWAY CONSTRUCTION** |
| [ ] Final Report for this job | **Monthly Payroll Report** |

| | |
|---|---|
| Payroll Period: *Oct. 24* | Employer: |
| Job Location: | Address: |
| Submitted By: | |
| Phone: | EIN# |
| email address: | Date Submitted: |

| Identification  # | Journeyperson Employee | Home Local | Hours Worked | * PAC/LPL Hours | Gross Wages |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Please use Apprentice form to report Apprentice hours. | | **Totals** | - | | $ - |

**Rates effective July 1, 2024 thru June 30, 2025**

| | Fund | Rate | Hours | Amount |
|---|---|---|---|---|
| **Employer Contributions** | Health & Welfare Fund | $ 9.65 | 712 | $ 6870.80 - |
| | Pension Fund | $ 7.50 | 712 | $ 5340.00 - |
| | Training Fund | $ 0.45 | 712 | $ 320.40 - |
| | Defined Contribution | $ 8.00 | 712 | $ 5696.00 - |
| | LECET | $ 0.15 | 712 | $ 106.80 - |
| | NY Health & Safety | $ 0.10 | 712 | $ 71.20 - |
| **Payroll Deductions** | Death Benefit / LSTP | $ 0.25 | 712 | $ 178.00 - |
| | PAC-Laborers' Political League *Only with member signed authorization* | $ 0.10 | | $ - |
| | Dues check-off | 6 % X gross wages | | $ 1563.67 - |

| Remit one check to: | |
|---|---|
| **"Laborers Local 785 Admin. Account"** | **Report Total** $ 20,146.87 - |
| **622 West State Street, Ithaca, NY  14850** | |
| **Questions??? Call: 607-277-3081 or 607-319-4079** | |

ZERO HOURS REPORTS ARE REQUIRED FOR MONTHS WITH NO HOURS

Zero reports can be faxed to:  607-277-6883 or  e-mailed to:  *terryc@785funds.com*

## Laborers Local 785- ALL REGIONS
## HEAVY & HIGHWAY CONSTRUCTION
### Apprentice Monthly Payroll Report

Payroll Period: _Nov. 24_

Employer: _____

Job Location: _____

Address: _____

Submitted By: _____

_____

Phone: _____

EIN#: _____

| Identification # | Apprentice Employee | Term (1,2,3,4) | Hours Worked | LPL/PAC Hours * | Gross Wages |
|---|---|---|---|---|---|
| | Alvarado, Ixchel | 4 | 63 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | **Totals** | | | | $ |

| | | Rates effective: July 1, 2024 thru June 30, 2025 | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Employer Benefits Contributions** | | Apprentice-1st Term (0-1,000 hours) | $ 23.60 | | $ - |
| | | Apprentice-2nd Term (1,001-2,000 hours) | $ 24.35 | | $ - |
| | | Apprentice-3rd Term (2,001-3,000 hours) | $ 24.73 | | $ - |
| | | Apprentice-4th Term (3,001-4,000 hours) | $ 25.10 | 63 | $ 1581.30 - |
| **Payroll Deductions** | | Dues check-off | 6 % x Gross Wages | | $ 121.64 - |
| | | Death Benefit/ LSTP | $ 0.25 | 63 | $ 15.75 - |
| | | PAC/Laborers' Political League * Only with member signed authorization | $ 0.10 | | $ - |

Remit one check to:

**Report Total $**  $ 1718.69 -

"Laborers Local 785 Admin. Account"
622 West State Street, Ithaca, NY 14850
Questions??? Call: 607-277-3081 or 607-319-4079

**ZERO HOURS REPORTS ARE REQUIRED FOR MONTHS WITH NO HOURS**

Zero reports can be faxed to: 607-277-6883 or e-mailed to: terryc@785funds.com

| [] No employees this month- Zero Hours | **Laborers Local 785- ALL REGIONS** |
|---|---|
| [] Final Report for this job | **HEAVY & HIGHWAY CONSTRUCTION** |
| | **Monthly Payroll Report** |

| Payroll Period: *Nov. 24* | Employer: |
|---|---|
| Job Location: | Address: |
| Submitted By: | |
| Phone: | EIN# |
| email address: | Date Submitted: |

| Identification # | Journeyperson Employee | Home Local | Hours Worked | * PAC/LPL Hours | Gross Wages |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Please use Apprentice form to report Apprentice hours. | | **Totals** | - | | $   - |

***Rates effective July 1, 2024 thru June 30, 2025***

| | Fund | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| **Employer Contributions** | Health & Welfare Fund | $ 9.65 | 190 | $ | 1833.50  - |
| | Pension Fund | $ 7.50 | 190 | $ | 1425.00  - |
| | Training Fund | $ 0.45 | 190 | $ | 85.50  - |
| | Defined Contribution | $ 8.00 | 190 | $ | 1520.00  - |
| | LECET | $ 0.15 | 190 | $ | 28.50  - |
| | NY Health & Safety | $ 0.10 | 190 | $ | 19.00  - |
| **Payroll Deductions** | Death Benefit / LSTP | $ 0.25 | 190 | $ | 47.50  - |
| | PAC-Laborers' Political League  *Only with member signed authorization* | $ 0.10 | | $ | - |
| | Dues check-off | 6 % X  gross wages | | $ | 419.18  - |

| Remit one check to: | |
|---|---|
| **"Laborers Local 785 Admin. Account"** | **Report Total**  $  5378.18  - |
| **622 West State Street, Ithaca, NY  14850** | |
| ***Questions??? Call:* 607-277-3081 or 607-319-4079** | |

ZERO HOURS REPORTS ARE REQUIRED FOR MONTHS WITH NO HOURS

Zero reports can be faxed to:  607-277-6883  or  e-mailed to: *terryc@785funds.com*